**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTINE JUHASZ,                                          :
                          Plaintiff,                        :
                                                           :        No. 5:25-cv-7154
          v.                                               :
                                                           :
USAA CASUALTY INSURANCE COMPANY,                           :
                          Defendant.                        :

**O R D E R**

**AND NOW**, this 14th day of April, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.  The Motion for Partial Dismissal, ECF No. 9, is **GRANTED**.

    a.  Count II of the Amended Complaint is **DISMISSED without prejudice**.

    b.  **Within twenty-one (21) days of the date of this Order**, Plaintiff may file an amended complaint as to Count II.

    c.  Plaintiff's breach of fiduciary duty allegations in Count I are **DISMISSED with prejudice**.

2.  If Plaintiff fails to timely file an amended complaint, Count II will be dismissed with prejudice and the above-captioned action will proceed on Count I only.

                                        BY THE COURT:


                                        */s/ Joseph F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge